**MEMO ENDORSED**

**Federal Defenders**
OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, NY 10601-4150
Tel: (914) 428-7124  Fax: (914) 948-5109

Barry D. Leiwant
*Interim Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

March 14, 2024

> **The Court GRANTS Deft.'s request to adjourn *sine die* the Mar. 20, 2024 Status Conf. pending entry of a guilty plea scheduled for March 22, 2024 without objection by the Gov't. Clerk of Court is requested to terminate the motion at ECF No. 23.**
> **Dated: White Plains, NY**
> **            March 14, 2024**

VIA EMAIL AND ECF

The Honorable Nelson Román
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

Re:   *United States v. Julius Cobbs*, 24 Cr. 17 (NSR)

Dear Judge Román,

Mr. Cobbs is currently scheduled to appear before this Court for a March 20, 2024 status conference. He respectfully requests that this status conference be adjourned pending entry of a guilty plea, which is scheduled for March 22, 2024.

By way of background, Mr. Cobbs was arrested on March, 24, 2023 [**2024** struck through] on a complaint alleging Hobbs Act robbery, in violation of 18 U.S.C. § 1951, and brandishing a firearm in furtherance thereof, in violation of 18 U.S.C. § 924(c). On January 10, 2024, Mr. Cobbs waived indictment and agreed to be charged via an information alleging the same conduct.   **NSR (with Deft.'s consent)**

On March 22, 2024, Mr. Cobbs is scheduled to plead guilty to the pending Information before the Honorable Victoria Reznik. Given that the case appears likely to resolve pretrial, adjourning the March 20 status conference pending entry of the guilty plea will save judicial resources.

I discussed this adjournment request with AUSA Kingdar Prussien. He has no objection.

Sincerely,

*Rachel Martin*

Rachel S. Martin

cc: Kingdar Prussien

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  __03/14/2024__