**MEMO ENDORSED**

**Federal Defenders OF NEW YORK, INC.**

Southern District
81 Main Street, Suite 300
White Plains, NY 10601-4150
Tel: (914) 428-7124  Fax: (914) 948-5109

Barry D. Leiwant
*Interim Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

May 14, 2024

VIA EMAIL AND ECF

The Honorable Nelson Román
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   *United States v. Julius Cobbs*, 24 Cr. 17

Dear Judge Román,

Mr. Cobbs is currently scheduled to appear for sentencing before this Court on June 27 at 11:00 a.m. The Federal Defenders of New York has retained a psychologist to evaluate Mr. Cobbs for mitigation and sentencing purposes. The expert's report, which will likely be an important part of defense counsel's mitigation package, will not be ready in time for the scheduled sentencing. As such, Mr. Cobbs respectfully requests that the sentencing be adjourned for approximately one month, until the week of July 29, 2024 or thereafter.

I have discussed this requested adjournment with AUSA Kingdar Prussien. He has no objection.

Sincerely,

Rachel S. Martin

cc:   Kingdar Prussien

---

**Deft's request to adjourn the Sentencing from June 27, 2024 until Sept. 5, 2024 at 12:15 pm is GRANTED without objection by the Gov't. Clerk of Court is requested to terminate the motion at ECF No. 27.**
**Dated: White Plains, NY**
**May 15, 2024**

SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 05/15/2024